**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DARRYL K. JACKSON
ADC # 076647                                                                                                PLAINTIFF

V.                                        5:05CV00284 SWW/HDY

GAYLON LAY, Warden, Cummins Unit, Arkansas
Department of Correction; KELLEY BEATTY,
Administrative Review Officer, Arkansas Department of Correction;
LISA R. HARRISON, Grievance Officer, Cummins
Unit, Arkansas Department of Correction; and
LARRY NORRIS, Director, Arkansas Department of Correction              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE, and dismissal of this action shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 5$^{th\ h}$ day of January 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE