IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL K. JACKSON
ADC # 076647                                                                                    PLAINTIFF

V.                                     5:05CV00284 SWW/HDY

GAYLON LAY, Warden, Cummins Unit, Arkansas
Department of Correction; KELLEY BEATTY,
Administrative Review Officer, Arkansas Department of Correction;
LISA R. HARRISON, Grievance Officer, Cummins
Unit, Arkansas Department of Correction; and
LARRY NORRIS, Director, Arkansas Department of Correction        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 5th day of January 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE